Case 5:26-cv-00124   Document 9   Filed 02/09/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **IBRAJIN PENA-ACOSTA,** § | | |
| § | | |
| Petitioner, § | | |
| § | | |
| VS. § | **CIVIL ACTION NO. 5:26-CV-00124** | |
| § | | |
| **JUAN AGUDELO,** *et al.*, § | | |
| § | | |
| Respondents. § | | |

## ORDER

On February 4, 2026, the Court ordered Respondents to release Petitioner from custody immediately, under reasonable conditions of release, and to submit a status report to the Court confirming Petitioner's release within 24 hours. (Dkt. 8 at 4.) The Court has not received a status update from either party despite the expiration of the 24-hour deadline.

Accordingly, the parties are **ORDERED** to provide the Court with a status update on Petitioner's release from custody by **February 10, 2026, at 5:00 PM** Central Time.

IT IS SO ORDERED.

SIGNED this February 9, 2026.

Diana Saldaña
United States District Judge

1 / 1